# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MARK DONELSON, | ) |
| Plaintiff, | ) |
| vs. | ) |
|  | ) Case No. 4:18-cv-01023-BP |
| AMERIPRISE FINANCIAL SERVICES, INC. *et al.*, | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 11th day of November 2022, the parties herein having filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendants. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: November 15, 2022